

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE FRASER NICHOLS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:19-cv-00490-BEN-LL<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES** |

 Before this Court is a joint motion requesting an order approving an award of attorney's fees and expenses. (Docket No. 23.) The parties have entered into a stipulation that Plaintiff Nichole Fraser Nochols be awarded attorney's fees and expenses in the amount of $5,300.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

 For good cause shown, the joint motion is **GRANTED.**

**IT IS SO ORDERED.**

Dated: 4/13, 2020

Hon. Roger T. Benitez
United States District Judge

1

3:19-cv-00490-BEN-LL